STUART T. BARASCH, ESQ.
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX 79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: Stuartbarasch@gmail.com

Attorney for Plaintiff, Valerie Renee Sanders Smith

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| VALERIE RENEE SANDERS SMITH,<br><br>            Plaintiff,<br><br>      vs.<br><br><br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>            Defendant. | Case No.: 8:22-cv-00959-KK<br><br>[~~PROPOSED~~] ORDER |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $7,360.00 as authorized by 28 U.S.C. § 2412, and no costs be awarded subject to the terms of the Stipulation.

DATED: September 20, 2023

_____
HON. KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE